# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142726 & (64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALLEN MARION,
      Defendant-Appellant.

SC: 142726 & (64)
COA: 293440
Wayne CC: 09-003275-FC

_____/

      On order of the Court, the motion to file pro per supplement to application is GRANTED. The application for leave to appeal the January 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

h0718